# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 16, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

150183 & (19)

CITIZENS INSURANCE COMPANY OF
AMERICA,
       Plaintiff-Appellee,

v

SUNBEAM PRODUCTS, INC.,
       Defendant-Appellant.
_____/

SC: 150183
COA: 321068
Macomb CC: 2012-004270-NP

      On order of the Chief Justice, the stipulation to dismiss the application for leave to appeal is GRANTED. The dismissal is with prejudice and without fees or costs to either party.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 16, 2014

